# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1307. BRANDON E. JACKSON v. ARTIS SINGLETON, WARDEN.**

Brandon E. Jackson, a prisoner, filed a civil action against Warden Artis Singleton in Lee County. After the trial court denied Jackson's request to proceed in forma pauperis, he paid the requisite filing fee. Jackson subsequently sought the reimbursement of his filing fee. After the trial court denied his request, Jackson filed the instant direct appeal. We, however, lack jurisdiction for two reasons.

First, because Jackson is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq. Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider Jackson's direct appeal from the trial court's order. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).

Second, the trial court order denying Jackson's request for reimbursement of funds was not a final order, as his underlying civil action against Warden Artis Singleton remains pending below. A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court. *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Jackson's

failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal.

For the foregoing reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/16/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*